ORIGINAL

FILED
2020 JAN 14 PM 3:31
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED CR No. 20 - 00011 JGB |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 922(o)(1): Possession of Machineguns; 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| TIAN YING CHI, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 922(o)(1)]

On or about July 17, 2019, in San Bernardino County, within the Central District of California, defendant TIAN YING CHI knowingly possessed the following machineguns, as defined in Title 18, United States Code, Section 921(a)(23) and Title 26, United States Code, Section 5845(b), each of which defendant CHI knew to be a machinegun:

1. a 9mm fully automatic AR-style rifle;

2. two Glock switch conversion devices that were designed and intended for the sole purpose of converting a semi-automatic handgun into an automatic machinegun; and

3. one drop in auto sear, which was designed and intended for the sole purpose of converting a semi-automatic handgun into an automatic machinegun.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Information.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title, and interest in any firearm or ammunition involved in or used in such offense, including but not limited to the following which were seized on July 17, 2019:

i. One 9mm fully automatic AR-style rifle, with unknown manufacturer, bearing no serial number;

ii. Two Glock switch conversion devices that were designed and intended for the sole purpose of converting a semi-automatic handgun into an automatic machinegun;

iii. One drop in auto sear, which was designed and intended for the sole purpose of converting a semi-automatic handgun into an automatic machinegun; and

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit

substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

NICOLA T. HANNA
United States Attorney

*Scott M. Garringer*
Deputy Chief, Criminal Division For:

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JOSEPH B. WIDMAN
Assistant United States Attorney
Chief, Riverside Branch Office

NATASHA HANEY
Assistant United States Attorney
Riverside Branch Office